# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00876-CV

**AusPro Enterprises, L.P. and MMK Holdings, L.P. d/b/a Planet K, Appellants**

**v.**

**The City of Cedar Park, Appellee**

### FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 23-0700-C395, THE HONORABLE RYAN D. LARSON, JUDGE PRESIDING

## O R D E R  A N D  M E M O R A N D U M  O P I N I O N

**PER CURIAM**

The parties jointly move for an abatement of this appeal so that they may complete settlement discussions that, they represent, "are very near a final agreement" but "must be approved by the Cedar Park City Council."

We grant the parties' joint motion and abate the appeal for 30 days to allow the parties time to finalize their agreement. The parties shall submit a motion to dismiss the appeal, a motion to reinstate the appeal, or a status report on the settlement proceedings accompanied by a motion to extend the abatement on or before May 8, 2026. The case will remain abated until further order of this Court. *See Standard Pac. of Tex., Inc. v. Aaron Thomison Masonry, Inc.*,

No. 03-24-00367-CV, 2025 WL 320970, at *1 (Tex. App.—Austin Jan. 29, 2025, order & mem. op.).

It is ordered on April 8, 2026.


Before Justices Triana, Kelly, and Crump

Abated

Filed:   April 8, 2026